**Order filed January 26, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00555-CR
_____

**MARLON BRANDON VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1622557**

---

## ORDER

Appellant is represented by appointed counsel, Mandy Miller. Appellant's brief was originally due November 3, 2022. We granted an extension of time to file appellant's brief until January 23, 2023. When we granted this extension, we noted that no further extensions would be granted. To date, counsel has submitted no brief.

Accordingly, we order Mandy Miller to file a brief with the clerk of this court on or before **February 24, 2023**. If Mandy Miller does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.